IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-00715-MSK-MJW

A.B., a minor, through her parent and next friend, B.S.; and B.S. individually,

Plaintiff(s),

v.

ADAMS -ARAPAHOE 28J SCHOOL DISTRICT; et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Parties' Amended Stipulated Motion for Entry of Protective Order (docket no. 45) is GRANTED finding good cause shown. The written Protective Order (docket no. 45-2) is APPROVED and made an Order of Court.

Date: June 18, 2009