IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-00715-MSK-MJW

**A.B., a minor, through her parent and next friend, Bouang Sirichantho; and Bouang Sirichantho, individually,**

Plaintiffs,

v.

**Adams-Arapahoe 28J School District;**
**Aurora Public Schools Board of Education;**
**John L. Barry**, Superintendent, in his individual and official capacity;
**Laura Munro and Ralph Albertson**, Directors, Exceptional Student Services, in their individual and official capacities;
**Barbara Rice**, Elementary/Preschool Consultant in her individual and official capacity;
**Jean Burke**, Principal, in her individual and official capacity;
**Vicki Michaels**, Special Education Teacher, in her individual and official capacities;
**Donna Trowbridge** Paraprofessional, in her individual and official capacity;
**Odessa Hubbard**, Paraprofessional, in her individual and official capacity;

Defendants.

---

### ORDER RE: UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE
( Docket No 55 )

---

THE COURT, after having Considered Plaintiffs' Unopposed Motion to Vacate Settlement Conference, the Court hereby **GRANTS** said motion. And the settlement conference set o- September 15, 2009 at 10:00 Am is VACATED.

It is ordered that Plaintiff shall provide the Court a Status Report following the JAG settlement conference regarding the outcome of the settlement discussions. within Five (5) Following this mediation.

DONE and SIGNED this 28* day of August, 2009.

BY THE COURT:

*[signature]*

~~Magistrate Judge~~

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**